Andrew D. Smith, State Bar Number 189370
Grace S. Johnson, State Bar Number 303607
Smith & Johnson Law, APC
115 W. Walnut #3
Lodi, CA 95240
Telephone: (209) 333-9292
Fax: (209) 367-8884

Attorneys for Ruben Landa Alvarez and Maria Juanita Gomez-Alvarez

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA-MODESTO DIVISION

| In Re: | ) | Case No. 2023-90073 |
|---|---|---|
| Ruben Landa Alvarez and Maria Juanita Gomez-Alvarez | ) ) ) | Chapter 13 |
| Debtors. | ) ) | DCN: GSJ-001 |
| | ) ) ) ) | **NOTICE OF MOTION TO EXTEND AUTOMATIC STAY** |
| | ) ) ) ) ) ) | Date: March 14, 2023<br>Time: 1:00 p.m.<br>Courtroom: Suite 200<br>Place: 1200 I Street, Suite 200, Modesto, CA<br>Judge: Hon. Christopher D. Jaime |

## NOTICE OF HEARING ON MOTION TO EXTEND AUTOMATIC STAY

TO ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that Debtors, Ruben Landa Alvarez and Maria Juanita Gomez-Alvarez, by and through their attorney, Grace S. Johnson, will move the Court for an Order Extending the Automatic Stay.

The hearing has been set for March 14, 2023 at 1:00 p.m., in Suite 200, of the U.S. Courthouse, located at 1200 I Street, Modesto, California.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

You are not required to file written opposition to the motion. Opposition, if any, shall be presented at the hearing on the motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

You can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

You must also attend the hearing of this matter scheduled for the above date, time and courtroom referenced above of the United States Bankruptcy Court at 1200 I Street, in Modesto, California.

Date: 2/27/2023          /s/ Grace S. Johnson
                                 Grace S. Johnson, Attorney for Debtors

Notice of Motion